UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHANDONG JINXIANG ZHENGYANG IMPORT & EXPORT CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> United States, <br><br> Defendant. | SUMMONS <br><br> Ct No. 13-00240 |

TO:   The Attorney General, the Department of Commerce and/or the United States International Trade Commission:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

L.S.

/s/ Tina Potuto Kimble
Clerk of the Court

1. Shandong Jinxiang Zhengyang Import & Export Co., Ltd.,, exporter of subject merchandise.
   (*Name and standing of plaintiff*)

2. *Fresh Garlic from the People's Republic of China:  Final Results of the 2010-2011 Administrative Review,*  78 Fed. Reg. 36168 (June 17, 2013).
   (*Brief description of contested determination*)

3. June 10,  2013 (DOC Final Results of AD Review)
   (*Date of determination*)

4.  June 17, 2013
   (*If applicable, date of publication in Federal Register of notice of contested determination*)

|  |  |
|---|---|
| | /s/ John J. Kenkel |
| | John J. Kenkel |
| | (*Signature of Plaintiff's Attorney*) |
| | **deKieffer & Horgan, PLLC** |
| | 729 15th Street, Suite 800 |
| | Washington, D.C. 20005 |
| | Tel: 202/783-6900 |
| Date: July 02, 2013 | On behalf of Shandong Jinxiang Zhengyang Import & Export Co., Ltd |